NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| SAMANTHA KEEN, <br><br> Plaintiff <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No: 2:19-cv-00561-RFB-EJY <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** <br><br> **(First Request)** |

    Defendant Andrew Saul, Commissioner of Social Security, hereby requests an extension of time of thirty days to Monday, September 23, 2019, to prepare and file his cross motion to affirm. This is the Commissioner's first request for an extension.

    Defendant respectfully requests this extension of time because of a very heavy workload, including multiple district court merits briefs, as well as a Ninth Circuit responsive briefs, due the next month. In addition, the undersigned is taking leave time for a family vacation at the end of August.

On August 22, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: August 22, 2019

RICHARD HARRIS LAW FIRM

By: /s/ Joshua R. Harris*
JOSHUA R. HARRIS
*authorized by email August 22, 2019

Attorney for Plaintiff

Date: August 22, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: August 23, 2019

HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

-2-