1  NICHOLAS A. TRUTANICH
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105
        Telephone: (415) 977-8985
6       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

                   LAS VEGAS DIVISION
12

13

   SAMANTHA KEEN,                     )  Case No: 2:19-cv-00561-RFB-EJY
14                                     )
            Plaintiff                  )
15                                     )  **STIPULATION FOR EXTENSION OF**
        v.                             )  **TIME TO FILE DEFENDANT'S CROSS**
16                                     )  **MOTION TO AFFIRM**
   ANDREW SAUL,                        )
17 Commissioner of Social Security,    )  **(Second Request)**
                                       )
18          Defendant.                 )
                                       )
19  _____)

20         Defendant Andrew Saul, Commissioner of Social Security, hereby requests an extension

21 of time of thirty days to Wednesday, October 23, 2019, to prepare and file his cross motion to

22 affirm.  This is the Commissioner's second request for an extension.

23         Defendant respectfully requests this extension of time because of a very heavy workload,

24 including ten other district court merits briefs due in the next month, as well as a Ninth Circuit

25 responsive brief to complete in the same timeframe.  In addition, the lengthiness of the certified

26 administrative record (1,500+ pages) requires this additional time to evaluate.

On September 23, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: September 23, 2019          RICHARD HARRIS LAW FIRM

                        By:     /s/ Joshua R. Harris*
                                JOSHUA R. HARRIS
                                *authorized by email September 23, 2019

                                Attorney for Plaintiff

Date: September 23, 2019          NICHOLAS A. TRUTANICH
                                United States Attorney

                        By:     /s/ Michael K. Marriott
                                MICHAEL K. MARRIOTT
                                Assistant Regional Counsel

                                Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

                                IT IS SO ORDERED; provided, however no
                                further extensions of time will be granted absent
                                unforeseen and extraordinary circumstances.

DATE: September 24, 2019

                                HONORABLE ELAYNA J. YOUCHAH
                                UNITED STATES MAGISTRATE JUDGE